UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OPERA NAPLES, INC.,

      Plaintiff,

v.                                          Case No:   2:14-cv-317-FtM-38CM

STEFFANIE PEARCE-VASQUEZ,

      Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Plaintiff Opera Naples, Inc. and Defendant Steffanie Pearce-Vasquez's Joint Status Report (Doc. #13) filed on August 29, 2014. The parties advise they have resolved all claims in the above-referenced matter and are finalizing the terms of their resolution. (Doc. #13 at ¶ 1). According to the parties, the resolution includes the assignment of the disputed service mark through the U.S. Patent and Trademark Office from Defendant to Plaintiff, including all right, title and interest in and to said mark. (Doc. #13 at ¶ 2). As such, the parties jointly request the Court to stay this case for sixty (60) days pending final resolution and assignment of the disputed service mark by the U.S. Patent and Trademark Office to Plaintiff. (Doc. #13 at ¶ 3). To aid in the final resolution of this case, the Court will grant the parties' request to stay this case.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

(1) The parties' request to stay this case for sixty (60) days as presented in their Joint Status Report ([Doc. #13](Doc. #13)) is **GRANTED**.  The case is stayed up to and including **November 3, 2014**.

(2) The parties shall file a joint status report, in writing, with the Court every thirty (30) days that informs the Court of the progress of settlement in this case.

(3)  The Clerk of Court is **DIRECTED** to place a stay flag on the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2