UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OPERA NAPLES, INC.,

      Plaintiff,

v.                                            Case No:  2:14-cv-317-FtM-38CM

STEFFANIE PEARCE-VASQUEZ,

      Defendant.
_____/

### **ORDER**[1]

This matter is before the Court on Plaintiff Opera Naples, Inc. and Defendant Steffanie Pearce-Vasquez's Stipulation of Dismissal With Prejudice (Doc. #16) filed on November 3, 2014. Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order. Rule 41(a)(1)(A) reads, in pertinent part, that

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

In this instance, the parties agree to dismiss this case with prejudice under Rule 41(a)(1)(A) and bear their own attorneys' fees and costs. ([Doc. #16](Doc. #16)). The parties have both signed the stipulation. ([Doc. #16](Doc. #16)). The Court, therefore, dismisses the case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Opera Naples, Inc. and Defendant Steffanie Pearce-Vasquez's Stipulation of Dismissal With Prejudice ([Doc. #16](Doc. #16)) is **GRANTED**.

(2) The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of November, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record